**Vincent J. EVOLA, d/b/a Scruples, Appellant,**

v.

**SUPERVISOR OF LIQUOR CONTROL, Respondent.**

**No. WD 44984.**

Missouri Court of Appeals, Western District.

April 28, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1992.

Application to Transfer Denied July 21, 1992.

Bruce R. Anderson, John W. Frankum & Associates, Kansas City, for appellant.

William L. Webster, Atty. Gen., Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and BRECKENRIDGE and SMART, JJ.

## ORDER

PER CURIAM.

Appeal from an order affirming an administrative decision suspending appellant's liquor license for thirty days.

Affirmed. Rule 84.16(b).